NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ROSLIN INSTITUTE (Edinburgh)**

---

13-1407
(Serial no. 09/225,233 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON PETITION FOR REHEARING EN BANC

Before Prost*, *Chief Judge*, Newman, Lourie, Rader**, Dyk, Moore, O'Malley, Reyna, Wallach Taranto, and Hughes, *Circuit Judges.*

O R D E R

A combined petition for panel rehearing and for rehearing en banc having been filed by the appellant, and a response thereto having been invited by the court and filed by the appellee, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is DENIED.

The petition for rehearing en banc is DENIED.

The mandate of the court will issue on August 19, 2014

                                                       FOR THE COURT

August 12, 2014                   /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

Circuit Judge Chen did not participate

* Sharon Prost assumed the position of Chief Judge on May 31, 2014

**Randal R. Rader vacated the position of Chief Judge on May 30, 2014